PROB 12C
(6/16)

Report Date: August 3, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 03, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Charles Edward Jackson | Case Number: 0980 2:21CR00090-TOR-1 |
| Address of Offender: , Spokane, Washington 99217 | |

Name of Sentencing Judicial Officer:  The Honorable Brian Morris, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 10, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 96 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (January 6, 2020) | Prison - 9 months; TSR - 27 months | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: June 4, 2021 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: September 3, 2023 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

1  **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Jackson violated the above-stated condition of supervision by consuming methamphetamine, an illegal controlled substance, on or about July 20, 2021. On July 20, 2021, Mr. Jackson provided a random urine sample at Pioneer Human Services. The sample resulted in a positive test for methamphetamine and was sent to Alere Toxicology for confirmation. The test results of this sample returned positive for methamphetamine on July 31, 2021. Furthermore, Mr. Jackson signed an admission form admitting use of a controlled substance.

On July 7, 2021, Mr. Jackson reviewed his judgment with the undersigned officer. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he must refrain from any unlawful use of controlled substances.

Prob12C
Re: Jackson, Charles Edward
August 3, 2021
Page 2

2     **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Jackson violated the above-stated condition of supervision by consuming methamphetamine, an illegal controlled substance, on or about July 27, 2021. On July 27, 2021, Mr. Jackson provided a random urine sample at Pioneer Human Services. The sample resulted in a positive test for methamphetamine and was sent to Alere Toxicology for confirmation. The test results of this sample are pending. Furthermore, Mr. Jackson signed an admission form admitting use of a controlled substance.

On July 7, 2021, Mr. Jackson reviewed his judgment with the undersigned officer. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he must refrain from any unlawful use of controlled substances.

3     **Special Condition #2**: The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale.

**Supporting Evidence**: It is alleged that Mr. Jackson violated the above-stated condition of supervision by consuming alcoholic beverages. On July 26, 2021, the undersigned officer established communication with a Pioneer Human Services counselor regarding Mr. Jackson's self-admission to daily alcohol consumption during his initial assessment. When this officer contacted Mr. Jackson regarding this, he denied consuming alcohol daily. However, he did verbally admit he consumed alcohol approximately 2 weeks ago.

On July 7, 2021, Mr. Jackson reviewed his judgment with the undersigned officer. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he must abstain from the consumption of alcohol.

4     **Special Condition #5**: The defendant shall not purchase, possess, use, distribute, or administer marijuana, including that is used for medicinal purposes under state law.

**Supporting Evidence**: It is alleged that Mr. Jackson violated the above-stated condition of supervision by consuming marijuana, an illegal controlled substance, on or about July 12, 2021. On July 12, 2021, Mr. Jackson provided a random urine sample at Pioneer Human Services. The sample resulted in a positive test for marijuana and was sent to Alere Toxicology for confirmation. The test results of this sample returned positive for marijuana on July 21, 2021. Furthermore, Mr. Jackson signed an admission form admitting use of a controlled substance.

On July 7, 2021, Mr. Jackson reviewed his judgment with the undersigned officer. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he shall not use marijuana.

Prob12C
**Re: Jackson, Charles Edward**
**August 3, 2021**
**Page 3**

| | | |
|---|---|---|
| 5 | | **Special Condition #5**: The defendant shall not purchase, possess, use, distribute, or administer marijuana, including that is used for medicinal purposes under state law. |

**Supporting Evidence**: It is alleged that Mr. Jackson violated the above-stated condition of supervision by consuming marijuana, an illegal controlled substance, on or about July 20, 2021.

On July 20, 2021, Mr. Jackson provided a random urine sample at Pioneer Human Services. The sample resulted in a positive test for marijuana and was sent to Alere Toxicology for confirmation. The test results of this sample returned positive for marijuana on July 31, 2021. Furthermore, Mr. Jackson signed an admission form admitting use of a controlled substance.

On July 7, 2021, Mr. Jackson reviewed his judgment with the undersigned officer. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he shall not use marijuana.

| | | |
|---|---|---|
| 6 | | **Special Condition #5**: The defendant shall not purchase, possess, use, distribute, or administer marijuana, including that is used for medicinal purposes under state law. |

**Supporting Evidence**: It is alleged that Mr. Jackson violated the above-stated condition of supervision by consuming marijuana, an illegal controlled substance, on or about July 27, 2021.

On July 27, 2021, Mr. Jackson provided a random urine sample at Pioneer Human Services. The sample resulted in a positive test for marijuana and was sent to Alere Toxicology for confirmation. The test results of this sample are pending. Furthermore, Mr. Jackson signed an admission form admitting use of a controlled substance.

On July 7, 2021, Mr. Jackson reviewed his judgment with the undersigned officer. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he shall not use marijuana.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 3, 2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
Re: Jackson, Charles Edward
August 3, 2021
Page 4

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

August 3, 2021
Date