PROB 12C
(6/16)

Report Date: November 19, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Edward Jackson                     Case Number: 0980 2:21CR00090-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Sam E. Haddon, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 10, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 96 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 6, 2020) | Prison - 9 months<br>TSR - 27 months | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: June 4, 2021 |
| Defense Attorney: | Payton B. Martinez | Date Supervision Expires: September 3, 2023 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 8/3/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

      7     **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at lease two periodic drug tests thereafter, as determined by the court.

      **Supporting Evidence**: It is alleged that Mr. Jackson violated the above-stated condition of supervision by consuming methamphetamine, an illegal controlled substance, on or about November 3, 2021. On November 5, 2021, Mr. Jackson provided a random urine sample at Pioneer Human Services (PHS). The sample resulted in a positive test for methamphetamine and was sent to Alere Toxicology Laboratory (Alere) for further testing. The test results of this sample returned positive for methamphetamine on November 18, 2021, Furthermore, Mr. Jackson admitted using controlled substances to the undersigned officer.

      On July 7, 2021, Mr. Jackson reviewed his judgment with the undersigned officer. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he must refrain from any unlawful use of controlled substances.

Prob12C
**Re: Jackson, Charles Edward**
**November 19, 2021**
**Page 2**

| | | |
|---|---|---|
| 8 | | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at lease two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Mr. Jackson violated the above-stated condition of supervision by consuming methamphetamine, an illegal controlled substance, on or about November 10, 2021. On November 10, 2021, Mr. Jackson provided a random urine sample at PHS. The sample resulted in a positive test for methamphetamine and was sent to Alere for further testing. Mr. Jackson signed a denial form to the use of methamphetamine. At this time, the confirmation of controlled substances is still pending with Alere.

On July 7, 2021, Mr. Jackson reviewed his judgment with the undersigned officer. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he must refrain from any unlawful use of controlled substances.

9    **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at lease two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: It is alleged that Mr. Jackson violated the above-stated condition of supervision by consuming methamphetamine, an illegal controlled substance, on or about November 14, 2021. On November 18, 2021, Mr. Jackson admitted using controlled substances to the undersigned officer. The undersigned officer instructed him to provide a urine sample at PHS. At this time, the confirmation of controlled substances with this test is still pending.

On July 7, 2021, Mr. Jackson reviewed his judgment with the undersigned officer. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he must refrain from any unlawful use of controlled substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/19/20201

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
**Re: Jackson, Charles Edward**
**November 19, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[X]  Other: *All pending violations will be addressed at the Final Status/Revocation hearing set for 12/16/2021.*

_____
Thomas O. Rice
United States District Judge

November 19, 2021
Date