PROB 12C
(6/16)

Report Date: December 13, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Edward Jackson              Case Number: 0980 2:21CR00090-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99217

Name of Sentencing Judicial Officer: The Honorable Sam E. Haddon, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 10, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 96 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (January 6, 2020) | Prison - 9 months; TSR - 27 months | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: June 4, 2021 |
| Defense Attorney: | Payton B. Martinez | Date Supervision Expires: September 3, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/3/2021, and 11/19/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at lease two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged that Mr. Jackson violated the above-stated condition of supervision by consuming methamphetamine, an illegal controlled substance, on or about November 30, 2021. On December 2, 2021, Mr. Jackson was asked to provide a random urine sample during an office appointment. He admitted his urine sample would test positive for methamphetamine due to his use on November 30, 2021. Furthermore, the offender signed a written admission form highlighting his use of controlled substances to the undersigned officer. |
| | On July 7, 2021, Mr. Jackson reviewed his judgment with the undersigned officer. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he must refrain from any unlawful use of controlled substances. |

Prob12C
Re: Jackson, Charles Edward
December 13, 2021
Page 2

|    |    |    |
|----|----|----|
| | 11 | **Special Condition #7**:Defendant shall not purchase, possess, use, distribute, or administer marijuana, or obtain or possess a medical marijuana card or prescription. This condition supersedes standard condition number 7 with respect to marijuana only. |

**Supporting Evidence**: It is alleged that Mr. Jackson violated the above-stated condition of supervision by consuming marijuana, an illegal controlled substance, on or about November 30, 2021. On December 2, 2021, Mr. Jackson was asked to provide a random urine sample during an office appointment. Mr. Jackson admitted his urine sample would test positive for marijuana due to his use on November 30, 2021. Furthermore, the offender signed a written admission form highlighting his use of controlled substances to the undersigned officer.

On July 7, 2021, Mr. Jackson reviewed his judgment with the undersigned officer. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he shall not use marijuana.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/13/2021

s/Mark E. Hedge

Mark E Hedge
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other: ***All pending violations will be addressed at the Revocation of Supervised Release hearing set for 12/16/2021.***

Thomas O. Rice
United States District Judge

December 13, 2021
Date