PROB 12C
(6/16)

Report Date: March 23, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 23, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Edward Jackson          Case Number: 0980 2:21CR00090-TOR-1

Address of Offender:                      , Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Sam E. Haddon, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 10, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 96 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 6, 2020) | Prison - 9 months<br>TSR - 27 months | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: June 4, 2021 |
| Defense Attorney: | Payton B. Martinez | Date Supervision Expires: September 3, 2023 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 8/3/2021, 11/19/2021 and 12/13/2021.

On July 7, 2021, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Jackson as outlined in the judgment and sentence. Mr. Jackson acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On March 19, 2022, Mr. Jackson allegedly violated mandatory condition 1 after being arrested and charged with first degree murder in Spokane, Washington.<br><br>According to Spokane Police Department (SPD) report number 2022-20038476, on March 7, 2022, local law enforcement officers were dispatched to a homicide investigation. Responding officers located the victim with a single gunshot wound to the head. The victim was pronounced deceased at the scene. Through the efforts of the investigating officers, Mr. Jackson was identified as the assailant of this crime. Mr. Jackson was located on March 19, 2022, and charged with first degree murder. |

Prob12C
**Re: Jackson, Charles Edward**
**March 23, 2022**
Page 2

| | | |
|---|---|---|
| | 13 | **Special Condition #1**: The defendant shall participate in and successfully complete a program of substance abuse treatment as approved by the United States Probation Office, until the defendant is released from the program by the probation office. The defendant is to pay part or all of the cost of this treatment, as directed by the United States Probation Office. |

**Supporting Evidence**: On January 5, 2022, Mr. Jackson is alleged to have violated special condition 1 after being discharged from substance abuse treatment with Pioneer Human Services (PHS).

According to a discharge summary provided by PHS, Mr. Jackson failed to connect with the PHS counselors for scheduled intensive outpatient treatment services. Following 30 days of no clinical contact, Mr. Jackson was unsuccessfully discharged on January 5, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/23/2022

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge
March 23, 2022
Date